IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAY -6 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:12cv1375 |
| ) | |
| ENTREPRENEURSSTARTUP.COM, ) | |
| Defendant. ) | |

## JUDGMENT ORDER

Upon consideration of the April 15, 2013 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the April 15, 2013 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff Entrepreneur Media, Inc. and against the defendant internet domain name <entrepreneursstartup.com>.

It is further **ORDERED** that the registry VeriSign, Inc. is **DIRECTED** to change the registrar of record for the defendant domain name <entrepreneursstartup.com> from eNom, Inc. to plaintiff's registrar of choice, GoDaddy.com, LLC, and GoDaddy.com, LLC is then **DIRECTED** to take the necessary steps to have plaintiff Entrepreneur Media, Inc. listed as the registrant for the defendant domain name.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Order to defendant at the addresses set forth in the Report and Recommendation, VeriSign, Inc., GoDaddy.com, LLC, eNom, Inc., the Magistrate Judge, and all counsel of record.

Alexandria, VA
May 6, 2013

/s/
T. S. Ellis, III
United States District Judge